832 A.2d 321

CARON WEISS, PLAINTIFF–RESPONDENT, v. GERALD
WEISS, DEFENDANT–PETITIONER.

September 8, 2003.

Denied.